IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JULIAN B. RICHMOND

    PLAINTIFF,

VS                                                NO. 1:12-CV-01259 JDB egb

STATE FARM FIRE AND
CASUALTY COMPANY,

    DEFENDANT.

_____

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Came this date the parties, by and through counsel, and informed the court that all matters pending in the above styled matter have been resolved by way of mutual compromise.  The parties, therefore moved this Court for an Order of Dismissal with Prejudice.  The motion being well-taken:

    IT IS THEREFORE ORDERED that the above-styled matter is hereby dismissed with prejudice.  No discretionary costs or attorney's fees will be applied for or awarded.

                                                      **s/ J. Daniel Breen**
                                                      CHIEF JUDGE, U.S. DISTRICT COURT

Approved By:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

\_s/Russell E. Reviere_____
RUSSELL E. REVIERE (07166)
JONATHAN D. STEWART (23039)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414

\_\_\_s/Chadwick G. Hunt_____
Chadwick G. Hunt
Attorney for Plaintiff
450 A-Main Street
P.O. Box 1772
Savannah, TN 38372

\_\_s/Terry Wood_____
Terry Wood (#014010)
Attorney for Plaintiff
236 N. Maple Street
Adamsville, TN 38310