# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JULIAN B. RICHMOND,

Plaintiff,

CASE NUMBER: 1:12-cv-1259-JDB-egb

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order of Dismissal entered in the above-styled matter on 10/16/2013, this case is hereby dismissed with prejudice.   No discretionary costs or attorney's fees will be applied for or awarded.

APPROVED:

THOMAS M. GOULD
CLERK

BY: s/ Evelyn Cheairs
DEPUTY CLERK

s/J. Daniel Breen
Chief United States District Judge